**\*E-FILED\***
**June 7, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD SILVA, JR.,

    Plaintiff,

v.

FARMERS PROCESSING, INC.,

    Defendant.

_____/

No. C 06-01301 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

At the request of plaintiff and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for June 28, 2006 at 2:30 p.m. is continued to **September 27, 2006 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **September 20, 2006**.

The Court's original case schedule is hereby amended as follows:

1. The last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan shall be September 6, 2006.

2. The last day to file the Joint ADR certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be September 6, 2006.

3.  The last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve the Case Management Statement, and file and serve Rule 26(f) Report shall be September 20, 2006.

Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a).

Dated:  June 7, 2006

RICHARD SEEBORG
United States Magistrate Judge

2

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

3 Lawrence H. Meuers, Esq.
Email: lmeuers@meuerslawfirm.com

5 Dated: June 7, 2006

          /s/ BAK
      Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California