**United States District Court**
For the Northern District of California

1
2
3                                                                            **\*E-FILED\***
                                                                          **September 27, 2006**
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                                    NORTHERN DISTRICT OF CALIFORNIA
10
11   EDWARD SILVA, JR.,                                    No. C 06-01301 RS
12
               Plaintiff,
13
          v.                                               **ORDER CONTINUING CASE**
14                                                         **MANAGEMENT CONFERENCE**
     FARMERS PROCESSING, INC., et al.,
15
               Defendants.
16   _____/

17        At the request of plaintiff and good cause appearing,

18        IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled

19   matter currently set for October 4, 2006 at 2:30 p.m. is continued to **November 8, 2006 at 2:30 p.m.**

20   The parties shall file a joint Case Management Conference Statement no later than November 1,

21   2006.

22

23   Dated:  September 27, 2006

24

25   _____
     RICHARD SEEBORG
26   United States Magistrate Judge

27

28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

John Christophe Kirke      johnk@donahue.com, sara@donahue.com

Lawrence Henry Meuers      lmeuers@meuerslawfirm.com, kkoestner@meuerslawfirm.com; ; sdefalco@meuerslawfirm.com; nbucciarelli@meuerslawfirm.com

Dated:  September 27, 2006


               /s/ BAK                     
               Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2